UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES – GENERAL

| | | | |
|---|---|---|---|
| Case No. | ED CV18-01908 JAK (SHKx) | Date | January 28, 2019 |
| Title | John Burnett v. McLane Foodservice, Inc., et al. | | |

---

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|

| Andrea Keifer | Alex Joko |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Danielle N. Hash | Lindsey L. Ryan |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND CASE TO STATE COURT AND REQUESTING FEES AND COSTS (DKT. 10)**

The motion hearing is held. Counsel address the issues raised by the Court with respect to Plaintiff's Motion to Remand Case to State Court and Requesting Fees and Costs (the "Motion"). The Court takes the Motion **UNDER SUBMISSION** and a ruling will be issued.

The Court confers with counsel regarding settlement. Defense counsel believes a settlement conference would be productive after the completion of some discovery.

**IT IS SO ORDERED.**

|  | : | 21 |
|---|---|---|
| Initials of Preparer | ak | |